SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
ROBERT BERG  Bar No. 99319
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

FILED
2008 MAY -1  PM 2: 15
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSA HOSPITALITY GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE CO., and DOES I through 200, inclusive,<br><br>Defendants. | CASE NO. 08 CV 0797 JM BLM<br><br>DEFENDANT'S NOTICE OF PARTIES WITH FINANCIAL INTEREST<br><br>[LOCAL RULE 40.2] |

Pursuant to Southern District Local Rule 40.2, the undersigned attorney of record for defendant Westchester Surplus Lines Insurance Company hereby submits its disclosure statement of parties with a possible financial interest in this action:

1.   JSA Hospitality Group, Inc., plaintiff;

2.   Westchester Surplus Lines Insurance Company, defendant, is a Georgia corporation and is a 100% wholly-owned subsidiary of ACE USA, Inc., a Delaware corporation. ACE USA, Inc. is a 100% wholly owned subsidiary of ACE US Holdings, Inc., a Delaware corporation. ACE US Holdings, Inc. is a 100% wholly-owned subsidiary of ACE Group Holdings, Inc., a Delaware corporation. ACE Group Holdings, Inc. is a 100% wholly-owned subsidiary of ACE Limited. ACE Limited is the ultimate parent and the only entity within the ACE Group of Companies that is traded on any public exchange. ACE Limited trades on the

1 | New York Stock Exchange under the ticker symbol "ACE."

2 | DATED: May 1, 2008                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Bruce D. Celebrezze
Attorneys for Defendant
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1506687v1

-2-
DEFENDANT'S NOTICE OF PARTIES WITH FINANCIAL INTEREST