SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
ROBERT BERG  Bar No. 99319
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSA HOSPITALITY GROUP, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY, And DOES 1 through 200, inclusive,<br><br>            Defendant. | CASE NO. 08 CV 0797 JM BLM<br><br>PROOF OF SERVICE |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On May 06, 2008, I served the within document(s):

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

**DEFENDANT'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via OVERNITE EXPRESS.

| | |
|---|---|
| Peter C. Ward, Esq.<br>Christopher H. Hagen, Esq.<br>Ralph W. Peters, Esq.<br>WARD & HAGEN, LLP<br>440 Stevens Avenue, Suite 350<br>Solana Beach, California 92075 | Attorneys For Plaintiff,<br>JSA HOSPITALITY GROUP, INC.<br><br>Tel: (858) 847-0505<br>Fax: (858) 847-0105 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 06, 2008, at San Francisco, California.

_Andrea Mackenzie_
Andrea Mackenzie

SF/1508271v1

-2-
PROOF OF SERVICE

CASE NO. 08 CV 0797 JM BLM