WARD & HAGEN LLP
PETER C. WARD  Bar No. 126459
440 Stevens Avenue, Suite 350
Solana Beach, California 92075
Telephone: (858) 847-0505
Facsimile: (858) 847-0105

Attorneys for Plaintiff
JSA HOSPITALITY GROUP, INC.

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSA HOSPITALITY GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WESTCHESTER SURPLUS LINES INSURANCE CO., and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. 08 CV 0797 JM BLM<br><br>STIPULATION TO REMAND ACTION TO SAN DIEGO COUNTY SUPERIOR COURT; ORDER THEREON<br><br>[ORIGINALLY SAN DIEGO COUNTY SUPERIOR COURT CASE NO. 37-2008-00080003-CU-IC-CTL] |

The parties hereto, by and through their attorneys of record, hereby stipulate that this action, originally pending in the San Diego County Superior Court as Case No. 37-2008-00080003-CU-IC-CTL, shall be remanded from the United States District Court, Southern District of California, to the San Diego County Superior Court.

1  Defendant Westchester Surplus Lines Insurance Company agrees and stipulates that it
2  will not hereafter seek to remove this action back to United States District Court.
3  IT IS SO STIPULATED.

4  DATED: May 28, 2008          WARD & HAGEN LLP

7                               By: _____
8                               Peter C. Ward
                                 Attorneys for Plaintiff
                                 JSA HOSPITALITY GROUP, INC.

10 DATED: May __, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

13                              By: _____
                                 Bruce D. Celebrezze
14                              Attorneys for Defendant
                                 WESTCHESTER SURPLUS LINES
15                              INSURANCE COMPANY

SF/1512442v1
-2-
STIPULATION TO REMAND ACTION TO SAN DIEGO COUNTY SUPERIOR COURT; ORDER THEREON

## ORDER

IT IS SO ORDERED.

DATED: May __, 2008

_____
The Honorable Jeffrey Miller
UNITED STATES DISTRICT JUDGE