# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED

08 JUN -4 PH 2:59

*This space for
Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Miller

FROM: __C Puttmann,__    Deputy Clerk    RECEIVED DATE:    __5/28/2008__

CASE NO.: __08cv797 JM BLM__    DOCUMENT FILED BY:    __Plaintiff__

CASE TITLE: __JSA Hospitality Group, Inc. V. Westchester Surplus Lines Insurance Co. Et al__

DOCUMENT ENTITLED: __Stipulation to Remand Action to San Diego County Superior Court; Order__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| X | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Document lacks original signature |

Date forwarded:    __5/30/2008__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
**IT IS HEREBY ORDERED:**

☐    The document is to be filed nunc pro tunc to date received.

☒    The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Miller__

Dated: __6/4/08__    By: __KG__

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

# REJECTED

1   WARD & HAGEN LLP
    PETER C. WARD  Bar No. 126459
2   440 Stevens Avenue, Suite 350
    Solana Beach, California 92075
3   Telephone: (858) 847-0505
    Facsimile: (858) 847-0105
4
    Attorneys for Plaintiff
5   JSA HOSPITALITY GROUP, INC.

6   SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
7   One Market Plaza
    Steuart Tower, 8th Floor
8   San Francisco, California 94105
    Telephone: (415) 781-7900
9   Facsimile: (415) 781-2635

10  Attorneys for Defendant
    WESTCHESTER SURPLUS LINES
11  INSURANCE COMPANY

12

13              UNITED STATES DISTRICT COURT

14           SOUTHERN DISTRICT OF CALIFORNIA

15

16  JSA HOSPITALITY GROUP, INC., a     CASE NO. 08 CV 0797 JM BLM
    California corporation,
17                                      STIPULATION TO REMAND ACTION TO
              Plaintiff,                SAN DIEGO COUNTY SUPERIOR COURT;
18                                      ORDER THEREON
        v.
19                                      [ORIGINALLY SAN DIEGO COUNTY
    WESTCHESTER SURPLUS LINES          SUPERIOR COURT CASE NO. 37-2008-
20  INSURANCE CO., and DOES 1 through  00080003-CU-IC-CTL]
    200, inclusive,
21                                      **FILE BY FAX**
              Defendants.
22

23

24

25      The parties hereto, by and through their attorneys of record, hereby stipulate that this

26  action, originally pending in the San Diego County Superior Court as Case No. 37-2008-

27  00080003-CU-IC-CTL, shall be remanded from the United States District Court, Southern

28  District of California, to the San Diego County Superior Court.

SEDGWICK
DETERT, MORAN & ARNOLD LLP

SF/1512442v1

-1-
STIPULATION TO REMAND ACTION TO SAN DIEGO COUNTY SUPERIOR COURT; ORDER THEREON