UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSA HOSPITALITY GROUP, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESTCHESTER SURPLUS LINES ) <br> INSURANCE CO.; DOES 1-200, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 08cv797-JM (BLM) <br><br> **ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE** |

On June 4, 2008, parties to the above matter filed a joint motion to remand the matter to state court. Doc. No. 5. In light of this motion, the Court hereby **VACATES** the Early Neutral Evaluation set for June 10, 2008. All other dates and deadlines remain as previously set.

**IT IS SO ORDERED.**

DATED: <u>June 6, 2008</u>

_Barbara Major_
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE JEFFREY T. MILLER
U.S. DISTRICT JUDGE

ALL COUNSEL