# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JSA Hospitality Group, Inc., <br><br> Plaintiff, <br> vs. <br> Westchester Surplus Lines Insurance Co., et al., <br><br> Defendants. | CASE NO. 08 CV 0797 JM (BLM) <br><br> **ORDER GRANTING JOINT MOTION TO REMAND** |

Pursuant to the parties' joint motion (Doc. no. 5) and for good cause shown, the court hereby **GRANTS** the joint motion and **REMANDS** this action to the San Diego Superior Court. The Clerk of Court is instructed to close the file.

IT IS SO ORDERED.

DATED: June 9, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

- 1 -                                                                                                08cv0797